```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
     MIGUEL RIVERA,

              PETITIONER,             DECLARATION

          -against-                   07-CiV-3577(RMB)(AJP)

     ROBERT ERCOLE, Supt.
     Green Haven Correctional Fac.

              Respondent,
-------------------------------X
                                      **MEMO ENDORSED**
                                           P2
NEW YORK STATE  )
DUTCHESS COUNTY )ss.:
```

### TO THE HONORABLE RICHARD M. BERMAN, U.S.D.J.

I, MIGUEL RIVERA, declare under penalty of perjury, pursuant to 28 U.S.C.§ 1746, as follow:

I am the petitioner in the above captioned case, and I make this declaration in support of my request for an extension of time to file an objection in response to the Magistrate Judge's Report And Recommendation to Petitioner's Writ of Habeas Corpus.

Today, I am in receipt of the Magistrate Judge's Report And Recommendation to my Writ of Habeas Corpus, dated September 18, 2007. Due to the extensive memorandum of law submitted in the Report And Recommendation, the limited access I have to the prison law library, and my dependency on a law library clerk to help me perfecting my legal argument, I humbly and respectfully request this Honorable Court to grant me an extension of 60 days in order to file a logical and cogent response to the Magistrate Judge's Report And Recommendation, which I received in

1

September 25, 2007.

    I also ask that the Court decide this request swiftly, and if the Court cannot decide this request that quickly, I ask that it give me a reasonable additional time to file my objection.

    I declare under penalty of perjury that the forgoing is true and correct.

DATED:    October ___, 2007

          Stormvlle, New York

                                            Respectfully submitted,

                                            *Miguel Rivera*
                                            Miguel Rivera
                                            Petitioner, Pro-Se

Sworn to before me this

___ day of October ___, 2007

_____
NOTARY PUBLIC

cc.: Magistrate Judge Andrew J. Peck

PATRICIA M. MUNDELL
NOTARY PUBLIC STATE OF NEW YORK
Qualified in ~~Oneida~~ County 4782564
My Commission Expires 7/31/20__

[Handwritten order:] Extension granted to serve + file any objections by 12/5/07. (FINAL.)

SO ORDERED
Date: 10/3/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

2